# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Sidney Naiman, individually and as the representative of a class of similarly-situated persons,

Plaintiff,

v.

NewRez LLC,

Defendant.

No.  2:19-cv-05085-SRB

**ORDER GRANTING JOINT MOTION FOR STAY**

Before the Court is the parties Joint Motion for Stay Pending the United States Supreme Court's Decision in *Facebook, Inc. v. Duguid, et al.* [Doc. 26], after consideration and good cause appearing,

**IT IS HEREBY ORDERED** this matter is stayed pending the United States Supreme Court's Decision in *Facebook, Inc. v. Duguid.*

Dated this 12th day of August, 2020.

_____

Susan R. Bolton
United States District Judge