# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEWREZ LLC,<br><br>　　　　Defendant. | No. CV-19-05085-PHX-SRB<br><br>**ORDER** |

　　　　The Supreme Court having issued its decision in *Facebook, Inc. v. Duguid*, *et al*. on April 1, 2021;

　　　　IT IS ORDERED dissolving the stay ordered on August 12, 2020.

　　　　IT IS FURTHER ORDERED that a new Rule 16 Scheduling Conference will be set by separate order.

　　　　Dated this 22nd day of July, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　United States District Judge