Trinette G. Kent (State Bar No. 025180)
Kent Law Offices
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Fax: (480) 717-4781
tkent@kentlawpc.com

Robert M. Hatch *(pro hac vice)*
Jonathan B. Piper *(pro hac vice)*
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: (312) 658-5500
Fax: (312) 658-5555
service@classlawyers.com

Attorneys for Plaintiff, Sidney Naiman,
individually and as the representative
of a class of similarly-situated persons

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman, individually and as the representative of a class of similarly-situated persons,<br><br>　　Plaintiff,<br><br>v.<br><br>NewRez LLC,<br><br>　　Defendant. | No.: CV-19-05085-PHX-SRB<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: September 4, 2019<br><br>Rule 16 Conference: August 26, 2021 |

**PLEASE TAKE NOTICE** that Plaintiff Sidney Naiman ("Plaintiff"), and

Defendant, NewRez LLC ("NewRez" or "Defendant") (together, the "Parties"), reached

an agreement in principle to settle this matter on an individual basis. The Parties respectfully ask that the Court allow them thirty (30) days to finalize the settlement and file a stipulation of dismissal with prejudice. The Parties further request that the Court abate the August 26, 2021 Rule 16 Conference in this matter.

Dated: August 26, 2021　　　　　　　　　Respectfully Submitted,

                                    SIDNEY NAIMAN, individually and as the representative of a class of similarly-situated persons,

By:　*/s/ Robert M. Hatch*

       Trinette G. Kent
       Kent Law Offices
       3219 E Camelback Rd #588
       Phoenix, AZ 85018
       Telephone: (480) 247-9644
       Fax: (480) 717-4781
       tkent@kentlawpc.com

       Robert M. Hatch *(pro hac vice)*
       Jonathan B. Piper *(pro hac vice)*
       Bock Hatch Lewis & Oppenheim, LLC
       134 N. La Salle St., Ste. 1000
       Chicago, IL 60602
       Tel: (312) 658-5500
       Fax: (312) 658-5555
       service@classlawyers.com